**RICHARD H. CAULFIELD, SBN 50258**
**ANDREW T. CAULFIELD, SBN 238300**
**CAULFIELD, DAVIES & DONAHUE, LLP**
**P.O. BOX 277010**
**Sacramento, CA  95827**
**Telephone: (916) 817-2900**
**Facsimile:  (916) 817-2644**

**Attorneys for Defendants County of El Dorado,**
**Jeff Neves, Gary Parker, Steven Coburn,**
**Brian Brown and Simon Brown**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| Burch Michael Bowen,<br><br>  Plaintiff,<br><br>  v.<br><br>Count of El Dorado,  et al.,<br><br>  Defendants. | Case No.  2:11-cv-02365-GEB-EFB<br><br>**STIPULATION AND PROPOSED ORDER RE EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff BURCH MICHAEL BOWEN ("Plaintiff"), by and through its undersigned counsel, and Defendants COUNTY OF EL DORADO, JEFF NEVES, GARY PARKER, STEVEN COBURN, BRIAN BROWN, and SIMON BROWN (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate to the following:

1. **WHEREAS**, Plaintiff intends to amend his initial Complaint on file herein and file a First Amended Complaint naming new defendant Simon Brown and dismissing Defendant Brian Brown.

2. **WHEREAS**, the undersigned counsel for the Defendants has agreed to accept service of the First Amended Complaint on behalf of new defendant Simon Brown and Defendant Jeff Neves.

3. **WHEREAS**, Plaintiff has agreed to an extension of time for all Defendants to answer, move, or otherwise respond to Plaintiff's action to 21 days after service of Plaintiff's First Amended Complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. The time in which Defendants may answer, move, or otherwise respond to Plaintiff's action is extended to 21 days after service of Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED.**

Dated:  October 25, 2011          **CAULFIELD DAVIES & DONAHUE, LLP**

By:____/s/ Andrew T. Caulfield_____

Richard H. Caulfield
Andrew T. Caulfield
Attorneys for Defendants County of El Dorado, Jeff Neves, Gary Parker, Steven Coburn, Brian Brown and Simon Brown

Dated:  October 25, 2011          **LAW OFFICE OF STEWART KATZ**

By:_____/s/ Stewart Katz_____
         (Signature authorization given 10/21/11)

Stewart Katz
Attorney for Plaintiff
Burch Michael Bowen

**IT IS SO ORDERED.**

**Date:  10/25/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

STIPULATION AND PROPOSED ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER