1
2
3
4                    IN  THE  UNITED  STATES  DISTRICT  COURT
5               FOR  THE  EASTERN  DISTRICT  OF  CALIFORNIA
6
7   BURCH MICHAEL BOWEN,                )
                                        )    2:11-cv-02365-GEB-EFB
8                   Plaintiff,          )
                                        )
9         v.                            )    NOTICE CONCERNING PROPOSED
                                        )    STIPULATED JUDGMENT
10  COUNTY OF EL DORADO; Former El      )
    Dorado County Sheriff JEFF          )
11  NEVES; El Dorado County             )
    Sheriff's Office Sergeant GARY      )
12  PARKER (#243); El Dorado County     )
    Sheriff's Office Deputy STEVEN      )
13  COBURN (#1304); El Dorado County    )
    Sheriff's Office Deputy SIMON       )
14  BROWN (#742),                       )
                                        )
15                  Defendants.         )
    _____ )
16
17          A "Stipulated Judgment" was filed in this case on November 15,
18  2012 (ECF No. 25), that will not be signed by the judge because the
19  submitting parties have not shown that a judge's signature is necessary
20  for the judgment they seek. The parties state in the "Stipulated
21  Judgement" that it is "[p]ursuant to Rule 68 of the Federal Rules of
22  Civil Procedure" yet they have not shown compliance with that rule. (Id.
23  1:18.)

    Dated:  November 19, 2012
24
25                              _____
26                              GARLAND E. BURRELL, JR.
                                Senior United States District Judge
27
28

                                        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28