LAW OFFICE OF STEWART KATZ
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorneys for Plaintiff
BURCH MICHAEL BOWEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Burch Michael Bowen, | Case No. 2:11-cv-02365-GEB-EFB |
|---|---|
| Plaintiff, | **NOTICE OF ACCEPTANCE OF OFFER UNDER RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE TO PLAINTIFF BURCH MICHAEL BOWEN** |
| v. | |
| County of El Dorado, et al., | |
| Defendants. | |

TO:   DEFENDANT COUNTY OF EL DORADO AND THEIR ATTORNEYS:

PLAINTIFF BURCH MICHAEL BOWEN hereby accepts Defendant COUNTY OF EL DORADO, for itself and on behalf of Defendants JEFF NEVES, GARY PARKER, STEPHEN COBURN (sued herein as Steven Coburn), and SIMON BROWN's Offer under Rule 68 of the Federal Rules of Civil Procedure, dated and served on November 13, 2012. A true and correct copy of the Offer is attached hereto as Exhibit A.

//
//
//
//
//

Pursuant to the Offer, Plaintiff requests that judgment be entered in Plaintiff's favor and against Defendant COUNTY OF EL DORADO on Plaintiff's Complaint filed in this matter in the sum of Sixty Thousand Dollars ($60,000.00), which is inclusive of all damages, attorneys' fees and costs.

Dated: November 14, 2012

**LAW OFFICE OF STEWART KATZ**

By: _____
Stewart Katz
Attorneys for Plaintiff Burch Michael Bowen

# EXHIBIT A

ANDREW T. CAULFIELD, SBN 238300
RICHARD H. CAULFIELD, SBN 50258
CAULFIELD LAW FIRM
1101 Investment Blvd., Suite 120
El Dorado Hills, CA 95762
Telephone: (916) 933-3200
Facsimile:  (916) 605-4075
andrew@caulfieldlawfirm.com

Attorneys for Defendants County of El Dorado,
Jeff Neves, Gary Parker, Stephen Coburn,
and Simon Brown

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| Burch Michael Bowen,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>County of El Dorado, et al.,<br><br>　　　　Defendants. | Case No. 2:11-cv-02365-GEB-EFB<br><br>**OFFER UNDER RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE TO PLAINTIFF BURCH MICHAEL BOWEN** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant COUNTY OF EL DORADO, for itself and on behalf of Defendants JEFF NEVES, GARY PARKER, STEPHEN COBURN (sued herein as Steven Coburn), and SIMON BROWN, hereby offers to allow judgment to be taken against Defendant COUNTY OF EL DORADO, and in favor of Plaintiff BURCH MICHAEL BOWEN ("Plaintiff"), in the total sum of $60,000, which is inclusive of all damages, attorneys' fees and costs.

//
//
//
//
//

1

1     Said offer is made subject to the terms and conditions of Rule 68 of the Federal Rules of Civil Procedure and is expressly conditioned upon a requirement that Plaintiff is to dismiss, with prejudice, all actions, causes of action, and claims against individual Defendants JEFF NEVES, GARY PARKER, STEPHEN COBURN, and SIMON BROWN.

Dated: November 13, 2012

**CAULFIELD LAW FIRM**

By: /s/ Andrew T. Caulfield

Andrew T. Caulfield
Attorneys for Defendants County of El Dorado, Jeff Neves, Gary Parker, Steven Coburn, Brian Brown and Simon Brown

Bowen v. County of El Dorado, et al.
USDC Case No.: 2:11-cv-02365-GEB-EFB

## CERTIFICATE OF SERVICE

I, NATALIE BRADBURN the undersigned, declare and state:

I am a citizen of the United States, over 18 years of age, employed in the County of Sacramento, and not a party to the within action. My business address is 1101 Investment Blvd., Suite 120, El Dorado Hills, CA 95762.

On November 13, 2012, I served OFFER UNDER RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE TO PLAINTIFF BURCH MICHAEL BOWEN on the following parties in said action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Stewart Katz                              Attorney for Plaintiff
Guy Danilowitz
Law Office of Stewart Katz                (916) 444-5678
555 University Avenue, Suite 270          katzlawsac@live.com
Sacramento, CA 95825

XX  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Folsom, California. I am familiar with my firm's practice whereby the mail is given the appropriate postage and is placed in a designated area to be deposited in a U.S. Mail box in Folsom, California, in the ordinary course of business.

(BY PERSONAL SERVICE) I hand delivered such envelope to counsel at the address as stated on the service list.

(BY FACSIMILE/TELECOPIER/MAIL) I personally sent to the addressee's telecopier number (as stated in the service list ) a true copy of the above-described documents.

XX  (BY ELECTRONIC MAIL) The document was transmitted in PDF format to each of the e-mail addresses shown on the service list.

(BY ELECTRONIC FILING) I transferred the documents(s) through Lexis Nexis addressed to all interested parties on the Lexis Nexis E-Service electronic service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 13, 2012, at El Dorado Hills, California.

*/s/ Natalie Bradburn*
NATALIE BRADBURN

PAGE 1
PROOF OF SERVICE

# PROOF OF SERVICE

CASE: <u>Bowen v. County of El Dorado, et al.</u>

COURT: U.S. District Court, Eastern District of California

CASE NO: 2:11-CV-02365-GEB-EFB

I, the undersigned, declare that I am over 18 years of age, and not a party to or interested in the within entitled cause. I am an employee of The Law Office of Stewart Katz, and my business address is 555 University Avenue, Suite 270, Sacramento, CA 95825.

On November 20, 2012 I served the attached:

**NOTICE OF ACCEPTANCE OF OFFER UNDER RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE TO PLAINTIFF BURCH MICHAEL BOWEN**

to the Defendants in this matter by sending a true copy via U.S. Mail, First Class and email to the following addressee(s):

Andrew T. Caulfield
CAULFIELD LAW FIRM
1101 Investment Blvd., Suite 120
El Dorado Hills, CA 95672
andrew@caulfieldlawfirm.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 20, 2012, at Sacramento, California.

Stewart Katz