UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BURCH MICHAEL BOWEN,

                JUDGMENT IN A CIVIL CASE

    v.

                CASE NO: 2:11-CV-2365 GEB EFB

COUNTY OF EL DORADO

**XX** – Clerk's entry of Judgment. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the parties to this action have notified the court of Notice of Acceptance with Offer of Judgment filed with the court on November 20, 2012.

**JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE WITH OFFER OF JUDGMENT DATED November 20, 2012**

                Victoria C. Minor
                Clerk of Court

ENTERED: **November 26, 2012**

                by:  /s/ C. Manzer
                Deputy Clerk